450 A.2d 200

Commonwealth v. Underwood, Appellant.

Petition for Allowance of Appeal
Denied Nov. 18, 1982.

Submitted June 23, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Judgment of sentence affirmed.